# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>OCTAVIO ANDRADE-AGUILERA<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 1:26-mj-**94**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 23, 2026 _____ in the county of _____ Hamilton _____ in the
_____ Eastern _____ District of _____ Tennessee _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____ SA/HSZ
*Complainant's signature*

Allan Cannon, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 03/26/2026 _____

_____
*Judge's signature*

City and state: _____ Chattanooga, Tennessee _____

Hon. Mike Dumitru, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A )
CRIMINAL COMPLAINT AGAINST ) CASE NO. 1:26-mj-_94_
OCTAVIO ANDRADE-AGUILERA )
FOR A VIOLATION OF 8 U.S.C. § 1326 )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Allan Cannon, being duly sworn, state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Chattanooga Field Office. I conduct investigations of matters within the jurisdiction of U.S. Immigration and Customs Enforcement ("ICE") in the Eastern District of Tennessee. In the performance of my duties, I have conducted and participated in numerous investigations of federal immigration violations. I have received specialized training in immigration and customs enforcement, criminal investigations, case development, investigative techniques, and other standardized methods for investigating immigration violations.

2. I submit this affidavit for the limited purpose of establishing probable cause that OCTAVIO ANDRADE-AGUILERA has violated 8 U.S.C. § 1326(a) by being found in the United States after being previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3. The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included

1

every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4.     On or about March 23, 2026, ANDRADE-AGUILERA entered a guilty plea for possession of drug paraphernalia in Hamilton County, Tennessee, which is within the Eastern District of Tennessee. Local authorities then referred ANDRADE-AGUILERA to ICE's Enforcement and Removal Operations ("ERO"). ERO took custody of ANDRADE-AGUILERA and verified his identity via a fingerprint match to Alien File (A-file) number 095487901. Based on my training and experience, I know that fingerprint analysis employed by ERO is reliable for confirming identity.

5.     Following identity confirmation, ANDRADE-AGUILERA's immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6.     In addition, ANDRADE-AGUILERA's immigration files confirmed that he was previously convicted of illegal reentry in violation of 8 U.S.C. § 1326 in the Western District of Texas, in Case No. 2:14-cr-192-AM, *United States v. Andrade-Aguilera*. ANDRADE-AGUILERA pled guilty on April 16, 2014, and was sentenced on September 4, 2014, to 21 months of imprisonment and 3 years of supervised release. Following his conviction, ANDRADE-AGUILERA was removed from the United States to Mexico on or about August 6, 2015. This conviction followed three prior removals from the United States in 2003, 2011, and 2014.

7.     I have examined the documentation in ANDRADE-AGUILERA's immigration file and found no evidence suggesting that he has sought or received

permission from the Secretary of Homeland Security to reenter the United States following his prior removal.

8. For these reasons, I believe there is probable cause to conclude that ANDRADE-AGUILERA has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for OCTAVIO ANDRADE-AGUILERA.

Respectfully submitted,

ALLAN CANNON
HSI SPECIAL AGENT

Sworn to and subscribed before me this 26th day of March 2026.

HON. MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE