# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

v.

Case No.: 1:26–mj–00094–MJD

OCTAVIO ANDRADE–AGUILERA

    Upon motion of the government, it is ORDERED that a detention hearing is set for Friday, March 27,2026, at 01:00 PM before a United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATE: March 26, 2026

ENTER.

s/ Michael J Dumitru
UNITED STATES MAGISTRATE JUDGE