UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,     )

    )

v.     )        No. 1:26-mj-00094-MJD

    )

OCTAVIO ANDRADE-AGUILERA     )

**<u>MEMORANDUM AND ORDER</u>**

Defendant Octavio Andrade-Aguilera came before the Court for an initial appearance on March 26, 2026, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on a Criminal Complaint ("Complaint") supported by an Affidavit [Doc. 1] in the above matter (the "Hearing"). Present at the Hearing were United States Attorney Frank Clark; Attorney Everett Hoagland, with Federal Defender Services of Eastern Tennessee ("FDSET"); and Spanish interpreter Laura Garcia-Hein.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed FDSET Attorney Everett Hoagland to represent Defendant.

The Court determined that Defendant had been provided with and reviewed with counsel a copy of the Complaint and Affidavit. The Court determined that Defendant was able to understand the Complaint with the assistance of his counsel and the interpreter. In addition, AUSA Frank Clark explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that he understood the charges in the Complaint.

The Government moved that Defendant be detained pending disposition of the Complaint or further Order of this Court under 18 U.S.C. § 3142(f)(2)(A), arguing that Defendant was a serious flight risk. Defendant's counsel contested that assertion, arguing a detention hearing was neither appropriate nor necessary. The Court asked parties to submit authorities supporting their respective positions and set the matter for further hearing on March 27, 2026, at 1:00 p.m. A preliminary hearing was also set for April 9, 2026, at 10:00 a.m. before this Court.

Accordingly, the Court **ORDERS** that:

(1) A detention hearing be set before this Court on **March 27, 2026, at 1:00 p.m**.;

(2) A preliminary hearing be set before this Court on **April 9, 2026, at 10:00 a.m**.; and

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order of this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE